IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KEITH MILLER,<br><br>    Plaintiff,<br><br>v.<br><br>CNH INDUSTRIAL AMERICA, LLC, and DIAMOND EQUIPMENT, INC.,<br><br>    Defendants.<br><br>CNH INDUSTRIAL AMERICA, LLC,<br><br>    Defendant/Third-Party Plaintiff,<br><br>v.<br><br>HAIER PLUMBING & HEATING, INC.,<br><br>    Third-Party Defendant. | Case No. 18-535-NJR |

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

This matter having come before the Court, and the Court having rendered a decision,

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's Order of December 19, 2019 (Doc. 66), reflecting settlement between the parties, this entire action is **DISMISSED with prejudice** with each party to bear its own costs and fees.

    **DATED:** April 1, 2020

                                            MARGARET M. ROBERTIE,
                                            Clerk of Court

                                            By:  s/ *Deana Brinkley*
                                                      Deputy Clerk

**APPROVED:** _____
                        **NANCY J. ROSENSTENGEL**
                        Chief U.S. District Judge